Argued and submitted December 23, 1997, reversed and remanded April 28, 1999

# STATE OF OREGON,
*Respondent,*

*v.*

# WALTER BONSELL,
*Appellant.*

(9607-44682; CA A94560)

980 P2d 1170

Walter J. Ledesma, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *State v. Moore,* 159 Or App 144, 978 P2d 395 (1999).